# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
　)
　　　　Plaintiff, )
　)
v. ) 2:13-CR-192-LRH-(GWF)
　)
RONALD J. HOLMES, )
　)
　　　　Defendant. )

## ORDER OF FORFEITURE

On December 12, 2013, defendant RONALD J. HOLMES pled guilty to Count One of a Three-Count Criminal Indictment charging him with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349 and agreed to the forfeiture of an in personam criminal forfeiture money judgment of $100,000 in United States Currency as set forth in the Plea Memorandum and the Forfeiture Allegations in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 35; Plea Memorandum, ECF No. 36.

This Court finds that RONALD J. HOLMES shall pay a criminal forfeiture money judgment of $100,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD J. HOLMES a criminal forfeiture money judgment in the amount of $100,000 in United States Currency.

DATED this 19th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE